UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY - 2 2019
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Naaron Dunbar
#17B2243    Plaintiff(s)

v.

Onondaga county
chad piccotte
Joseph Moran    Defendant(s)

APPLICATION TO PROCEED
WITHOUT FULL PREPAYMENT
OF FEES; AFFIDAVIT AND
AUTHORIZATION FORM

CASE NUMBER: 8:19-cv-524

I, Naaron Dunbar, declare that I am (check appropriate box)

☑ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☑ Yes    ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration: Riverview corr. fac. 1110 Tibbitts dr. Ogdensburg, N.Y. 13669

   Are you employed at the institution?    ☑ Yes    ☐ No

   Do you receive any payment from same?   ☑ Yes    ☐ No

**Notice to Inmates:**    <u>The Certificate Portion Of This Affidavit Must Be Completed.</u>

2. Are you currently employed?:    ☐ Yes    ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and the name and address of your last employer.

N/A , Metro Taxi 824 Lodi St Syracuse, N.y. 13203 , anywhere from $25 to $180.00 per night. (12hr shifts - 6pm - 6 Am)

5/2005

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self employment — Yes ◯ No ☒
   b. Rent payments, interest or dividends — Yes ◯ No ☒
   c. Pensions, annuities or life insurance payments — Yes ◯ No ☒
   d. Disability or workers compensation payments — Yes ◯ No ☒
   e. Gifts or inheritances — Yes ◯ No ☒
   f. Any other sources — Yes ◯ No ☒

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

4. Do you have any cash, checking or savings accounts? — Yes ◯ No ☒
   If "Yes" state the total amount _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or **any other assets?** — Yes ◯ No ☒
   If "Yes" describe the property and state its value (Attach additional sheets as necessary):

6. List the person(s) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   Kassidy Dunbar

I declare under penalty of perjury that the above information is true and correct.

4/20/2019
DATE

SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by appropriate official at institution of incarceration)

I certify that the applicant named herein has the sum of $ 51.49 on account to his/her credit at (Name of Institution) Riverview Correctional Facility.
I further certify that the applicant has the following securities to his/her credit: _____
I further certify that **during the past six(6) months** the applicant's average balance was $ 21.40

4/24/19
DATE

B. Lacey, OA2
SIGNATURE OF AUTHORIZED OFFICER

RECEIVED
APR 24 2019
Business Office