UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NAARON DUNBAR,

                Plaintiff,

                                        **NOTICE OF APPEARANCE**

   v.                                                    Civil Action No.: 8:19-cv-00524
                                                         (LEK/CFH)

CHAD PICOTTE and JOSEPH MORAN,

                Defendants.
_____

      **PLEASE TAKE NOTICE** that I appear in this action on behalf of the remaining Defendants and request that service of all papers be served upon me at my office at the address given below.

Dated:      June 23, 2020                Respectfully submitted,
               Syracuse, New York        Kristen E. Smith, Esq.
                                                       Corporation Counsel – City of Syracuse

                                                         By: Danielle B. Pires, Esq.
                                                         Assistant Corporation Counsel
                                                         Bar Roll No.: 701878
                                                         *Attorney for Defendants*
                                                         300 City Hall
                                                         233 E. Washington Street
                                                         Syracuse, New York 1320